IN THE MATTER OF THE ESTATE OF
CARRIE STERN, DECEASED.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ROBINSON.

May 30, 1978. Petition for certification denied. (See 157 *N. J. Super.* 118)

MARGARET CAMPION v. HOLMES H. LILLIE.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN WORTHY.

May 30, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
FRANK H. ARLINGHAUS, DECEASED.

May 30, 1978. Petition for certification denied. (See 158 *N. J. Super.* 139)

THE STATE OF NEW JERSEY v. RAMON GARAY.

May 30, 1978. Petition for certification denied.